IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**CHRISTOPHER M. WATKINS**,

      Petitioner,

v.                                                            **Civil Action No. 2:06cv42**
                                                                            **(Magistrate Judge Kaull)**

**JOE DRIVER, Warden,**

      Respondent.

## ORDER GRANTING PETITIONER'S REQUEST FOR COPIES

On September 20, 2007, the instant § 2241 habeas petition was dismissed with prejudice. Petitioner filed an appeal on October 1, 2007.

On October 15, 2007, the Court received a letter from the plaintiff in which he states that he has not received confirmation that his notice of appeal was received by the court. Therefore, the petitioner seeks such confirmation or, to the extent that the court may not have received his notice of appeal, requests that his letter be construed as such and docketed accordingly. In addition, the petitioner requests copies of certain documents in order to perfect his appeal. Specifically, the petitioner asserts that he is missing the following parts of the record:

    (1) his initial petition for relief (dckt. 1);

    (2) respondent's initial motion for dismissal (dckt. 12);

    (3) his traverse motion of rebuttal (dckt. 13);

    (4) respondent's supplemental response (dckt. 29);

    (5) his traverse motion of rebuttal to the respondent's supplemental response (dckt. 32); and

    (6) the court's order of dismissal (dckt. 36).

The petitioner further asserts that he is indigent and requests the documents at no charge.

Upon due consideration, the petitioner's request for copies (dckt. 40) is **GRANTED**. The **Clerk** is directed to make copies of the above-mentioned documents and forward those copies to the petitioner. In addition, as noted above, the petitioner's appeal was received by the Court on October 1, 2007, and transmitted to the Fourth Circuit Court of Appeals on October 2, 2007. The **Clerk** shall send the petitioner a copy of the docket sheet to confirm same.

IT IS SO ORDERED.

The Clerk is directed to send a copy of this Order to the *pro se* petitioner.

DATED: October 16, 2007.

/s *John S. Kaull*
JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE