IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**CHRISTOPHER M. WATKINS,**

        **Petitioner,**

**v.**                                **Civil Action No. 2:06cv42**
                                       **(Magistrate Judge Kaull)**

**AL HAYNES, Warden,**

        **Respondent.**

## ORDER GRANTING PETITIONER'S MOTION TO PROCEED IFP ON APPEAL

On November 6, 2007, the Court received the *pro se* petitioner's Motion and Affidavit for Permission to Appeal In Forma Pauperis ("IFP") with attached ledger sheets. Upon review of those documents, the Court finds that the petitioner does not have any substantial assets and, on average, makes less than $5 a month from his prison employment. Although the petitioner receives funds from outside sources on a regular basis, he does not have sufficient funds to cover the appellate filing fee. Accordingly, pursuant to Rule 24(a) of the Federal Rules of Appellate Procedure, the petitioner's Motion to Appeal In Forma Pauperis (dckt. 42) is **GRANTED**.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this Order to the *pro se* petitioner, counsel of record, and the Fourth Circuit Court of Appeals.

DATED: November 8, 2007.

*John S. Kaull*
JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE